

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| ANNETTE BURRUS, | § | No. 08-14-00265-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| DAVID REYES AND SONIA VALENZUELA, | § | of El Paso County, Texas |
|  | § | (TC# 2012-DCV-03532) |
| Appellees. | § |  |

**O R D E R**

On October 8, 2014 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On October 14, 2014 Appellees timely filed an objection. The Court finds Appellees' objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall now be filed in this Court on or before November 14, 2014.

IT IS SO ORDERED this 15th day of October, 2014.

PER CURIAM